## HARRIS *v.* THE STATE.

EVANS, P. J.  No error of law is complained of, and the evidence is sufficient to support the verdict.

*Judgment affirmed.  All the Justices concur, except Beck, J., absent, and Hill, J., not presiding.*

NOVEMBER 15, 1911.

Indictment for murder. Before Judge Whipple. Crisp superior court. July 5, 1911.

*J. T. Jeter* and *Crum & Jones,* for plaintiff in error.

*T. S. Felder,* attorney-general, and *W. F. George,* solicitor-general, contra.